# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVONNE A. HARRIS, | Case No.: 1:15-cv-01429 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 14) |
| Defendant. | |

On May 30, 2017, Plaintiff Lavonne Harris and Defendant Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 1920 and 2412(d). (Doc. 14)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees and costs in the total amount of $5,236.21 are **AWARDED** to Plaintiff, Lavonne Harris.

IT IS SO ORDERED.

Dated: **May 31, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE